**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2009 APR -1 PM 12: 53

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v.                              CASE NO. 2:09-cr-17-FtM-99 DNF
                                18 U.S.C. § 242

WILLIAM HAMILTON WILSON

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about May 21, 2008, in Charlotte County, in the Middle District of Florida,

**WILLIAM HAMILTON WILSON,**

the defendant herein, while acting under color of law, assaulted K. B., an inmate at the Florida Department of Corrections, Charlotte Correctional Institution, by gouging out the eye of K. B., causing serious bodily injury, and did thereby willfully deprive K. B. of a right protected and secured by the Constitution and laws of the United States, that is the right not to be subjected to cruel and unusual punishment while in official custody and detention.

All in violation of Title 18, United States Code, Section 242.

A TRUE BILL,

_4/1/09_                        _____
Date                            Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
DOUGLAS MOLLOY

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

WILLIAM HAMILTON WILSON

## INDICTMENT

Violations:

18 U.S.C. § 242

A true bill,

_____
Foreperson

Filed in open court this 1st day

of April, A.D. 2009.

_____
Clerk

Bail $ _____

GPO 863 525